IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL MORRIS,

    Plaintiff,

v.

DEPT. OF CORRECTIONS, et al.,

    Defendants.

ORDER

Case No. 17-cv-522-wmc

---

MICHAEL MORRIS,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS,

    Defendants.

ORDER

Case No. 17-cv-541-wmc

---

On July 24, 2017 I entered an order in each of the above cases assessing plaintiff Michael Morris, an initial partial payment of $1.88 for each case due by August 16, 2017. Now plaintiff has submitted a motion to waive the initial partial fee for each case, in which plaintiff states that he currently does not have funds available to submit the $1.88 initial partial. (Dkt. 12 in case no. 17-cv-522; dkts. 9 and 12 in case no. 17-cv-541.) After re-evaluating the trust account statement plaintiff provided, it appears that plaintiff presently has no means with which to pay the filing fee or to make an initial partial payment for either case. Under these circumstances, I will waive the $1.88 initial partial filing fee assessed in each case. However, even if this court ultimately determines that plaintiff's complaint cannot go forward, plaintiff is advised that the $350 filing fee for each case remains plaintiff's obligation. *See* 28 U.S.C. § 1915A.

As indicated in the July 24 order, because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint in each of these cases to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

ORDER

IT IS ORDERED that,

1. Plaintiff Michael Morris's motions to waive the initial partial filing fee in case nos. 17-cv-522 and 17-cv-541 are GRANTED.

2. No further action will be taken in these cases until the court has screened the complaint in each case as required by the Prisoner Litigation Reform Act, 28 U.S.C. § 1915A. Once the screening process is complete, a separate order will issue.

Entered this 4th day of August, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge