IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL MORRIS,

    Plaintiff,

v.

DEPT. OF CORRECTIONS, et al.,

    Defendants.

ORDER

Case No. 17-cv-522-wmc

---

MICHAEL MORRIS,

    Plaintiff,

v.

DEPT. OF CORRECTIONS,

    Defendants.

ORDER

Case No. 17-cv-541-wmc

---

*Pro se* plaintiff Michael Morris has filed two proposed civil complaints against various Wisconsin Department of Corrections officials. The complaints were filed in July of 2017, but have not yet been screened under 28 U.S.C. § 1915A. Morris has now filed a motion to withdraw the complaints voluntarily and requests that he be excused from paying the $350 filing fee in each case. (Case No. 17-cv-522, dkt. #17; Case No. 17-cv-541, dkt. #15.) He explains that he does not have the funds to proceed with these lawsuits and plans instead to pursue a legal loan to prosecute his other two, already pending lawsuits.

Morris's motions will be granted. Morris has provided sufficient justification for withdrawing his complaint and being excused from paying the filing fees given his preference to focus on other lawsuits. Further, because this case has not yet been screened to go forward, dismissing these cases now in no way prejudices the proposed defendants.

ORDER

IT IS ORDERED that plaintiff Michael Morris's motions to voluntarily dismiss Case Nos. 17-cv-522 and 17-cv-541, and to be excused from paying the filing fees (Case No. 17-cv-522, dkt. #17; Case No. 17-cv-541, dkt. #15.) are GRANTED. These cases are DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Entered this 5th day of January, 2018.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge